UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARINA KING,<br>        Plaintiff,<br>  v.<br>NANCY A. BERRYHILL,<br>        Defendant. | Case No. 4:16-cv-06643-KAW<br><br>ORDER TO SHOW CAUSE |

Plaintiff commenced this social security action on November 16, 2016. (Dkt. No. 1.) On November 16, 2016, the court issued a scheduling order requiring Plaintiff to file a motion for summary judgment or motion for remand within 28 days of being served with Defendant's answer. (Dkt. No. 4.) The answer and administrative record were filed on May 8, 2017. (Dkt. Nos. 11 & 12.) Thus, Plaintiff's motion for summary judgment or motion for remand was due by June 5, 2017. Although the applicable deadlines have long passed, Plaintiff has not filed a motion for summary judgment or motion for remand, nor has she sought relief from the deadline.

Accordingly, IT IS HEREBY ORDERED that, by no later than **October 3, 2017**:

1. Plaintiff shall show cause why this case should not be dismissed for failure to comply with the deadline to file the motion for summary judgment or seek relief from the procedural order deadline, and why sanctions in the amount of $250 should not be imposed.

2. Plaintiff shall file a motion for summary judgment or motion for remand.

Failure to file both documents may result in the case being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 19, 2017

KANDIS A. WESTMORE
United States Magistrate Judge